# WESTMORELAND COUNTY.

## March Term, 1799.

PENNSYLVANIA *v.* HENRY BECOMB, JOHN READING, JAMES ECKLES, and SAMUEL DICKSON.

THESE men lived on the frontier of *Westmoreland*, near *Lycoming* county. *Becomb* and *Reading* went, as they faid, to trade with two *Indians*, who had a hunting camp on the frontier of *Lycoming*, near *Westmoreland* county. They had with them half a peck of falt to buy deerfkin for *moccasins*. On their way, they perfuaded one *Shallenberger*, (a lad who then worked at a houfe to which the *Indians* fometimes came, to trade for corn) to go with them, to fhew them the camp; and he took with him half a gallon of whifkey. The *Indians* were abfent, when they went to the camp. There was no fire in the camp; but there were deerfkins there hanging on poles, bearfkins, deer-tallow, bear and deer meat, &c. *Becomb* and *Reading* carried off twenty-fix deerfkins; and a few days after returned with *Eckles* and

*Dickſon*, and they plundered the camp of every thing, except a little deer-meat.

The *Indians* had behaved peaceably, occaſionally came into the ſettlement to trade, and traded honeſtly. Finding their camp plundered, one of them came to the houſe where *Shallenberger* had worked, and, by ſigns, complained of their loſs. Some men of the houſe returned with him to the camp; where the *Indians* ſigni-fied the articles which they had loſt; ſhewed, by a notched ſtick, on which they had marked an inventory of their peltry, that they had been plundered of ſixty-eight deerſkins, and nine bearſkins; and ſignified the loſs of about 40*lb*. weight of deer-tallow, 60*lb*. of bear meat, two yards of brown woolen cloth for *leggings*, two yards of callico, and one cotton handkerchief. The men to whom the *Indians* thus diſcloſed their loſs, conducted them to a magiſtrate, who, on their complaint, iſſued a warrant to ſearch for the goods, and, on the information of *Shallenberger*, a warrant to apprehend *Becomb* and *Reading*, and alſo *Eckles* and *Dickſon*, againſt whom ſuſpici-ons appeared. *Becomb* and *Reading* were committed to gaol; but, there not being ſufficient proof againſt *Eckles* and *Dickſon*, they were diſcharged. On a further ſearch, the conſtable found nineteen deerſkins, two bearſkins, and a piece of brown woolen cloth, like the *leggings* which one of the *Indians* wore, hidden in a bark box under two trees which had fallen near *Becomb's* houſe. *Be-comb's* wife deſired them not to touch the bark, for ſhe had meat there; and, when opened, ſhe claimed the woolen cloth as hers. Finding the conſtable would take all away, ſhe declared, that her huſband ſhould not ſuffer alone; that *Eckles* and *Dickſon* went with him and *Reading*, (when theſe laſt went the ſecond time to the camp) and were the moſt urgent to go, and threatened violence to the *Indians*, if they met them; and that the ſkins were equally divided among the four. On her information, the magiſtrate ſent the conſtable for *Eckles* and *Dickſon*. *Eckles* was taken and committed to gaol. *Dickſon* had abſconded and was not taken.

While *Becomb* and *Reading* were firſt at the *Indian* camp, they propoſed to *Shallenberger*, (as he ſwore) that he ſhould ſell his whiſkey to them, and they would pay

him as well as the *Indians* would have done. They drank the whiſkey. After their return, *Becomb* and *Reading* gave *Shallenberger* ſeven deerſkins, (as he ſwore) for his whiſkey. One of them he had diſpoſed of. The other ſix he gave up to the magiſtrate; which, together with the nineteen found at *Becomb's*, made twenty-five of the ſixty-eight deerſkins ſtolen; and thoſe, with the two bearſkins and piece of brown cloth found at *Becomb's*, were depoſited with the magiſtrate.

*Becomb* and *Reading* were tried, on one indictment, for ſtealing twenty-ſix deerſkins; and they and *Eckles* were tried, on another indictment againſt them and *Dickſon*, for ſtealing forty-two deerſkins and the reſt of the property loſt by the *Indians*.

*Brackenridge* and *Young*, for the priſoners. The taking ſeems to be proved; but it is not felonious. It was in open day and avowed, and is but a treſpaſs. The property was abandoned, and not in poſſeſſion of any one. The *Indians* had no property in the things taken. They had no right to come upon our lands to hunt. They were treſpaſſers on the lands of the ſtate, or of ſome private perſon. And felony cannot be committed by taking things whereof no one had property, as wreck, or things *feræ naturæ*, as deer, or fiſh in a river. It may be a miſdemeanor; and, if the jury find it ſo ſpecially, the court may give judgment, on this indictment, as for a miſdemeanor.

*Galbraith*, for the ſtate. An indictment lies for ſtealing goods of a perſon unknown. This property was as much in poſſeſſion of its owners, as property of ſuch nature, and of ſuch owners, uſually is. An indictment will lie for ſtealing a horſe in a paſture, or in the commons, as well as in the ſtable.

PRESIDENT. The taking ſeems proved; and the ordinary evidence of the felonious intention, a denial of the act, appears in this caſe. There is even ground to believe, that they left their homes with this intention. Half a peck of ſalt was but a poor ſtock to trade on.

I know no law rendering it unlawful for an *Indian*, any more than a white man, to hunt on the lands of others. Whether the *Indians* were treſpaſſers or not, the authorities cited prove that they were not thieves. Their labour in killing the deer and bears, *feræ naturæ*,

*Leach's Ca.*
*651.*

*1 Hawk.* 143-4.
*2 Hawk.* 622-6.

*4 Comm.* 232.

gave the *Indians* a property in the fkins, meat, and tallow of thofe animals. It would be ftrange, if the taking could not be felony becaufe it was in the day time, and the offenders impudently avowed it among themfelves. The property was as much in the poffeffion of thefe *Indians*, as articles of this nature ufually are. And if you think the prifoners took and carried them away with an intent of converting them to their own ufe, without the knowledge of the owners, there is no occafion for your finding a fpecial verdict; you may find the prifoners guilty.

The jury found them guilty.

*Becomb*, *Reading*, and *Eckles* were then tried on the fecond indictment, and found guilty.

NOTE.—Next day, before judgment was given, *Becomb* broke out of gaol. *Reading* and *Eckles* were fentenced to 18 months confinement to hard labour, on the laft indictment; and *Reading* to 6 months additional, on the firft: and it was ordered, that the whole fhould be in the gaol and penitentiary houfe in *Philadelphia*.

In the morning after the laft verdict was given, a man went into the gaol, to endeavour to get, from *Reading* and *Eckles*, information refpecting the reft of the fkins. They informed where they were hidden; and meffengers were fent to fecure them, and reftore them to the *Indians*. The *Indians* were prefent at the trial: they appeared to be poor, and from a fenfe of the lofs which they had fuftained, and of the danger which refentment for fuch lofs might bring on the frontier inhabitants, and a defire to fhew the *Indians* the benefit of appealing to our tribunals for redrefs; fome gentlemen contributed about 40 dollars, which were laid out in cloathing, and other ufeful articles for the two *Indians*; with which, and affurances of reftitution for their property loft, they departed well pleafed.